AYCOCK v. HOOKS

No. 48P99

Case below: 131 N.C.App. 878

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

BOWERS v. CITY OF THOMASVILLE

No. 555P98

Case below: 131 N.C.App. 556

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999. Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

BREWER v. CABBARUS PLASTICS, INC.

No. 465P98

Case below: 130 N.C.App. 681

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

BROCKERS v. PERDUE FARMS, INC.

No. 450P98

Case below: 130 N.C.App. 759

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.